# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.A.,<br><br>    Petitioner,<br><br>    v.<br><br>CHRIS HENN,<br><br>    Respondent. | Case No. 1:25-cv-00209-KES-EPG-HC<br><br>ORDER GRANTING PETITIONER'S APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM<br><br>(ECF No. 10) |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 8, 2025, Respondent filed the instant unopposed motion for a 31-day extension of time to file the traverse and reply memorandum due to counsel's duties in other cases. (ECF No. 10.) The Court appreciates the demands on counsel's time but cautions that extensions based on demands of other cases are disfavored because counsel is presumed to have sufficient resources to address the cases where they serve as counsel.

///

///

///

///

///

1

Nevertheless, the Court will grant this one extension, noting that no further extensions will be permitted absent extraordinary circumstances. Accordingly, IT IS HEREBY ORDERED that Petitioner is granted to and including June 16, 2025, to file the traverse and reply memorandum.

IT IS SO ORDERED.

Dated: **May 9, 2025**          /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE

2