# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.A.,<br><br>    Petitioner,<br><br>    v.<br><br>CHRIS HENN,<br><br>    Respondent. | Case No. 1:25-cv-00209-KES-EPG-HC<br><br>ORDER GRANTING PETITIONER'S CORRECTED MOTION FOR EXTENSION OF TIME<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE ECF NO. 15<br><br>(ECF Nos. 15, 16) |

The Court HEREBY GRANTS Petitioner's corrected motion for a 30-day extension of time to file the objections to the findings and recommendations (ECF No. 16). Petitioner is granted to and including Wednesday, December 3, 2025, to file objections.

The Clerk of Court is DIRECTED to TERMINATE Petitioner's original motion for extension of time (ECF No. 15).

IT IS SO ORDERED.

Dated: **October 30, 2025**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE