# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.A.,<br><br>    Petitioner,<br><br>    v.<br><br>CHRIS HENN,<br><br>    Respondent. | Case No. 1:25-cv-00209-KES-EPG-HC<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(ECF Nos. 18) |

The Court HEREBY GRANTS Petitioner's unopposed motion for a 33-day extension of time to file the objections to the findings and recommendations. (ECF No. 18.) Petitioner is granted to and including Monday, January 5, 2026, to file objections.

IT IS SO ORDERED.

Dated:  **November 25, 2025**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE