United States District Court
for the Eastern District of California
Robert E. Coyle Federal Courthouse (Fresno)

| | |
|---|---|
| R.A., <br><br> *Petitioner*, <br> vs. <br><br> CHRIS HENN, Chief Probation Officer, County of Merced, California, <br><br> *Respondent*, <br><br> PEOPLE OF THE STATE OF CALIFORNIA, <br><br> *Real Party in Interest*. | No. 1:25-cv-00209-KES-EPG <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS <br><br> (ECF No. 20) |

The Court grants Petitioner R.A. a 30-day extension of time to file objections to the findings and recommendations, from Monday, January 5, 2026, to and including Wednesday, February 4, 2026.

IT IS SO ORDERED.

Dated: **December 30, 2025**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE